IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DATREC, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No. 6:21-cv-00384-ADA |
| v. | ) | |
| | ) | |
| WORKDAY, INC., | ) | JURY TRIAL DEMANDED |
|     Defendant. | ) | |

**PLAINTIFF'S STIPULATION OF DISMISSAL**

Pursuant to Federal Rule 41 (a)(1)(A)(ii) and (B), the Plaintiff, DatRec, LLC hereby files this stipulation of dismissal of this action for all of Plaintiff's claims. The Plaintiff stipulates and agree that the dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent and each party shall bear its own costs, expenses and attorneys' fees.

Dated: July 29, 2021

Respectfully submitted,

/s/ William P. Ramey

William P. Ramey, III
Texas Bar No. 24027643
**Ramey & Schwaller, LLP**
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923
wramey@rameyfirm.com

***Attorneys for DatRec, LLC***

1